## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------x
In re                                            : Chapter 11
                                                 :
MEDICAL WIND DOWN HOLDINGS I, INC., et al.,      :
(f/k/a MAXXIM MEDICAL GROUP, INC., et al.,)      : Case No. 03-10438 (PJW)
                                                 :
         Debtors.                                : (Jointly Administered)
                                                 :
                                                 :
------------------------------------------------x Ref. Docket No. 442, 560, 794

## ORDER APPROVING STIPULATION BETWEEN AUSTIN CMP, INC. AND THE DEBTORS RESOLVING OBJECTION TO SALE MOTION AND EFFECTUATING SETOFF

Upon consideration of the Stipulation and Order Pursuant to Sections 553 and 105 of the Bankruptcy Code Between Austin CMP, Inc. and the Debtors Resolving Objection to Sale Motion and Effectuating Setoff (the "Stipulation") attached hereto as Exhibit A, and it appearing that the relief requested is in the best interests of the above-captioned debtors, their estates and creditors; and after due deliberation and good and sufficient cause appearing therefore; it is hereby

ORDERED that the Stipulation attached hereto as Exhibit A is approved; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: Wilmington, Delaware
       February 5, 2004

_____
Peter J. Walsh
United States Bankruptcy Judge

WP3:969484.1                                                               61890.1001