# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------x
In re                                 : Chapter 11
                                      :
MEDICAL WIND DOWN HOLDINGS I, INC., et al., :
(f/k/a MAXXIM MEDICAL GROUP, INC., et al.,) : Case No. 03-10438 (PJW)
                                      :
Debtors.                              : (Jointly Administered)
                                      :
                                      :
------------------------------------x Ref. Docket Nos. 442 & 560

## STIPULATION AND ORDER PURSUANT TO SECTIONS 553 AND 105 OF THE BANKRUPTCY CODE BETWEEN AUSTIN CMP, INC. AND THE DEBTORS RESOLVING OBJECTION TO SALE MOTION AND EFFECTUATING SETOFF

WHEREAS, on September 12, 2003, Maxxim Medical Group, Inc., *et al*, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a motion seeking authority to sell, *inter alia*, substantially all of their assets (the "Sale Motion") [Docket No. 442], and

WHEREAS, pursuant to the Sale Motion, the Debtors sought authority to sell, among other things, a pre-petition account receivable (the "Account Receivable") owed to the Debtors by Austin CMP, Inc. ("Austin"), and

WHEREAS Austin filed an objection to the Sale Motion (the "Objection") [Docket No. 560], asserting that the Debtors could not sell the Account Receivable free and clear of Austin's right to setoff the Account Receivable against certain pre-petition amounts owed to Austin by the Debtors (the "Account Payable"), and

WHEREAS Austin and the Debtors agreed to resolve the Objection on terms stated on the record at the hearing on the Sale Motion (the "Settlement"), and

WHEREAS Austin and the Debtors desire to document the Settlement through this stipulation (the "Stipulation"),

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The amount of the Account Receivable is $154,614.38.

2. The amount of the Account Payable is $55,780.00.

3. Upon Bankruptcy Court approval of this Stipulation, Austin shall be authorized to setoff the Account Payable against the Account Receivable in accordance with applicable law and section 553 of the Bankruptcy Code.

4. Following the setoff described in paragraph 3 hereof, MaxMed Acquisition, LLC ("MaxMed"), Argon Medical Devices, Inc. ("Argon") and Medline Industries, Inc. ("Medline," collectively with MaxMed and Argon, the "Purchaser"), the purchaser of substantially all of the Debtors' assets, shall be entitled to the remainder of the Account Receivable of $98,834.38 (the "Remaining Receivable").

5. Austin is hereby directed to pay the Remaining Receivable to the Purchaser in two payments of $49,417.19, in a form and manner directed by Medline, as a representative of the Purchaser, with the first such payment due and payable within five (5) business days after entry of an order approving the Stipulation and the second payment thirty (30) calendar days thereafter.

6. As of October 29, 2003, Austin owed the Debtors $70,334.53 on a postpetition basis (the "Postpetition Account Payable").

7. Austin is hereby directed to pay the Postpetition Account Payable, in a form and manner at the direction of the Medline, as a representative of the Purchaser, at the rate

of $25,000 per month, beginning on or about February 1, 2004 and continuing until the Postpetition Account Payable is paid in full.

Dated: January 8, 2004

THE BAYARD FIRM

_/s/ Michael L. Vild (w/p MBL)_
Michael L. Vild (#3042)
222 Delaware Avenue, 9th Floor
Wilmington, DE 19801
(302) 655-5000

Counsel to Austin CMP, Inc.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_
Matthew B. Lunn (#4119)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19801

Counsel to Debtors